AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jernigan, Stacey G. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, NDTX | 3. Date of Report<br><br>05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1254
Dallas, TX 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Haynes and Boone, LLP Partners' Retirement Plan - Defined Benefit Pension Plan (vested pension benefit earned at former law firm; common fund - no control). |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 3/14/2012 | Bloomberg, LP-compensation for writing bankruptcy treatise | $1,500.00 |
| 2. | 12/18/2012 | Bloomberg, LP-compensation for writing bankruptcy treatise | $1,692.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Dallas Police Dept.-salary |
| 2. | 2012 | D&L Entertainment-wages/extra job (security) |
| 3. | 2012 | Prestonwood Baptist Church-wages/extra job (security) |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Univ. of Tex. Law School/ Westbrook Bankr. Conf. | Nov. 8-9, 2012 | Austin, TX | Speaker at Bankr. Conference | Transportation, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Acct | A | Interest | J | T | | | | | |
| 2. Bank of America Savings Acct | A | Interest | J | T | | | | | |
| 3. Bank of America/Merrill Lynch Retirement Acct | A | Interest | J | T | | | | | |
| 4. Fidelity Brokerage Svcs, LLC Acct | | | | | | | | | |
| 5. - Fidelity Municipal MM Fund (FTEXX), Core Acct | A | Int./Div. | J | T | | | | | |
| 6. - American Beacon Large Cap Invest | A | Int./Div. | J | T | | | | | |
| 7. - Amer. Century Mid.Cap Value Inv SHS(x) | A | Int./Div. | J | T | | | | | |
| 8. - Buffalo Growth Fund | A | Int./Div. | J | T | | | | | |
| 9. - Buffalo Small Cap Growth | A | Int./Div. | J | T | | | | | |
| 10. - Harbor Int'l Inst. FD | A | Int./Div. | J | T | | | | | |
| 11. - Janus Enterprise Class S | A | Int./Div. | J | T | | | | | |
| 12. - JP Morgan Equity Income Select Shares(x) | A | Int./Div. | J | T | | | | | |
| 13. - Lazard Emerging Mkts Open Class | A | Int./Div. | J | T | | | | | |
| 14. - Payden GNMA | A | Int./Div. | J | T | | | | | |
| 15. - PIMCO Real Return Administrative | A | Int./Div. | J | T | | | | | |
| 16. - T Rowe Price Health Sciences | A | Int./Div. | J | T | | | | | |
| 17. - Vanguard Intermed. Term Tax Exempt | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Hi Yield Tax Exempt Adm | A | Int./Div. | J | T | | | | | |
| 19. - Wells Fargo Growth Fund-Investor Class | A | Int./Div. | J | T | | | | | |
| 20. - Yacktman Focused FD | A | Int./Div. | J | T | | | | | |
| 21. - American Beacon Small Cap Investor | A | Int./Div. | J | T | | | | | |
| 22. - BBH Core Select Fund CL N | A | Int./Div. | J | T | | | | | |
| 23. - Fidelity Floating Rate High Income | A | Int./Div. | J | T | | | | | |
| 24. - PIMCO Total Return Adm. SHS | A | Int./Div. | J | T | | | | | |
| 25. - PIMCO Commodity Real Ret. | A | Int./Div. | J | T | | | | | |
| 26. - T Rowe Price Tax Free Short | A | Int./Div. | J | T | | | | | |
| 27. - Westwood Income Opp Int'l Class(x) | A | Int./Div. | J | T | | | | | |
| 28. TXTom.FundColl. Inv.Plan,BlendedAged-Portfolio(no control) | A | Interest | J | T | | | | | |
| 29. IRA - Capital Bank & Trust Co. n/k/a BOSC, Inc. | | | | | | | | | |
| 30. - Growth Fund of America | A | Int./Div. | L | T | | | | | |
| 31. - New Prospective Fund | A | Int./Div. | L | T | | | | | |
| 32. - Capital World Growth & Income Fund | A | Int./Div. | K | T | | | | | |
| 33. - Fundamental Investors Fund | B | Int./Div. | M | T | | | | | |
| 34. - Income Fund of America | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -

The following accounts that were shown on Lines 8, 17, 23, 27, 32 and 43 of my 2011 Report have disappeared without explanation on my 2012 Fidelity Brokerage Services, LLC, Account Statement in 2012. I presume these funds have either ceased to exist and/or all value therein evaporated. In any event, these assets are part of a managed account and I defer control to a third party over the selection of investments:

- Artio Int'l Equity Fund
- Fairholme Fund
- Janus Forty Cl S
- Perkins Mid Cap Value Fund Class
- T Rowe Price New Era
- WHG Income Opport Fund Inst'l CL

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stacey G. Jernigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544